IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JOHN LAVIN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 3:09-cv-477-MJR-DGW |
| ) | |
| LT. KRAUSE, et al., ) | |
| ) | |
| Defendants. ) | |

**ORDER**

Currently pending before the Court is a Motion to Withdraw Affirmative Defense of Exhaustion filed by Defendants (Doc. 70). This motion is **GRANTED**.

Because Defendants no longer contest whether Plaintiff exhausted his administrative remedies prior to filing suit, the evidentiary hearing on exhaustion set for January 11, 2011, is **CANCELED**. Accordingly, Plaintiff's Motion for Extension of Time to Prepare for the *Pavey* Hearing (Doc. 68) and Motion for Production of Documents (Doc. 69), which requests copies of grievances, are found to be **MOOT.**

**IT IS SO ORDERED.**

**DATED: December 10, 2010**

*s/ Donald G. Wilkerson*
**DONALD G. WILKERSON**
**United States Magistrate Judge**