IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JOHN LAVIN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 3:09-cv-477-MJR-DGW |
| | ) |
| LT. KRAUSE, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER**

Currently pending before the Court a Motion for Appointment of Officer Before Whom Written Depositions May Be Taken (Doc. 67). Written depositions are authorized by Fed. R. Civ. P. 31. Such written depositions are to be delivered to an officer, who serves the questions upon the deponent. The Court does not routinely designate officers to perform this service, thus this method of discovery is disfavored by the Court. Plaintiff should attempt to obtain discovery through other methods authorized by the Federal Rules of Civil Procedure. If Plaintiff is unable to obtain the discovery he seeks through other methods, he may file a motion with the Court asking for a motion to compel discovery. Plaintiff is further advised that he may renew his request for appointment of counsel. The Motion for Appointment of an Officer Before Whom Written Depositions May Be Taken is **DENIED**.

**IT IS SO ORDERED.**

**DATED: December 10, 2010**

*s/ Donald G. Wilkerson*
**DONALD G. WILKERSON**
**United States Magistrate Judge**