## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JOHN LAVIN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CASE NO. 09-477-SCW |
| | ) |
| WARDEN HULICK, DONALD SNYDER, WALKER, LT. DOUGLAS KRAUSE, LT. MARK PRANGE, SGT. JAMES BEST, LT. BEDINGER, C/O PRIDDY, WEXFORD HEALTH SOURCE, KING, SUMNERS, PAM GRUBMAN, MITCHELLE GRAIG, C/O JOHNSON, HO, DR. FEINERMAN, C/O PURDOM, | ) |
| | ) |
| Defendant(s). | ) |

### JUDGMENT IN A CIVIL CASE

Defendants **WALKER, WEXFORD HEALTH SOURCE, KING, SUMNERS, MITCHELLE GRAIG, C/O JOHNSON**, and **HO**, were dismissed on May 27, 2010 by an Order entered by Judge Michael J. Reagan (Doc. 15).

Defendants **WARDEN HULICK, DONALD SNYDER, LT. BEDINGER,** and **PAM GRUBMAN,** were dismissed on September 2, 2010 by an Order entered Judge Michael J. Reagan (Doc. 46).

Defendant **DR. FEINERMAN** was dismissed on November 4, 2010 by an Order entered by Judge Michael J. Reagan (Doc. 62)

Defendant **C/O PRIDDY** was dismissed on May 2, 2011 by the filing of the Amended Complaint (Doc. 96).

Defendant **C/O PURDOM** was dismissed on July 2, 2012 by an Order entered by Magistrate Judge Stephen C. Williams (Doc. 123).

Defendant **DOUGLAS KRAUSE** was orally dismissed by Magistrate Judge Stephen C. Williams on July 9, 2012.

The remaining issues came before this Court for jury trial.  The issues have been tried and the jury has rendered its verdict in favor of defendants **MARK PRANGE** and **JAMES BEST**.

**IT IS HEREBY ORDERED and ADJUDGED** that judgment is entered in favor of defendants **WARDEN HULICK, DONALD SNYDER, WALKER, LT. DOUGLAS KRAUSE, MARK PRANGE, JAMES BEST, LT. BEDINGER, C/O PRIDDY, WEXFORD HEALTH SOURCE, KING, SUMNERS, PAM GRUBMAN, MITCHELLE GRAIG, C/O JOHNSON, HO, DR. FEINERMAN**, and **C/O PURDON** and against plaintiff **JOHN LAVIN**.

Plaintiff shall take nothing from this action.

**DATED** this 10th day of July, 2012

                 **NANCY J. ROSENSTENGEL, CLERK**

                 **BY: S/ Angela Vehlewald**
                    Deputy Clerk

**Approved by**   S/ Stephen C. Williams
    **United States Magistrate Judge**
      **Stephen C. Williams**